**SAN CARLOS APACHE TRIBE,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 2010–5102.**

United States Court of Appeals,
Federal Circuit.

July 16, 2010.

William P. Horn, Birch Horton Bittner & Cherot, Washington, DC, for Plaintiff–Appellant.

Maureen E. Rudolph, Department of Justice, Washington, DC, for Defendant–Appellee.

**ON MOTION**

**ORDER**

Upon consideration of the motion to withdraw William P. Horn as principal counsel and be designated as of counsel for San Carlos Apache Tribe,

It Is Ordered That:

The motion is granted. New principal counsel for San Carlos Apache Tribe must enter an appearance within 30 days of the date of filing of this order.